# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2015

*The Court of Appeals hereby passes the following order*

**A15I0113. JAMES DEWAYNE COLQUITT v. D.M..**


Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this

order. The Clerk of State Court is directed to include a copy of this order in the record

transmitted to the Court of Appeals.

LC NUMBERS:

13A47194



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, February 25, 2015.*

*I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*